Robert Wayne GRADY *v*. STATE of Arkansas

CR 01-1061                                    75 S.W.3d 707

Supreme Court of Arkansas
Opinion delivered May 23, 2002

*Scott Adams,* for appellant.

No response.

P ER CURIAM. Attorney Scott Adams, counsel for appellant Robert Grady, appeared before this court on May 16, 2002, to show cause why he should not be held in contempt for failing to file his client's brief on or before April 11, 2002, a final extension date, as previously ordered.

During the hearing conducted on May 16, 2002, we accepted Mr. Adams's guilty plea for failing to file his client's brief prior to the final extension date. Mr. Adams has taken responsibility for his failure to file the brief, and has submitted statements in mitigation of his actions when making his plea.

Based upon the foregoing, we accept Mr. Adams's guilty plea for failing to file his client's brief in a timely manner, and we fine him $250.00. We also note that Mr. Adams made a commitment to this court to have his client's brief filed with the clerk of this court within seven days from the entry of this opinion. Any failure to fulfill this obligation will result in further proceedings. A copy of this opinion will be forwarded to the Committee on Professional Conduct.